IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **DEHAVEN O'NEAL,** | : | **CIVIL ACTION** |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | No. 14-cv-3722 |
|  | : |  |
| **OFFICER JAMISON ROGERS, et al.,** | : |  |
| Defendants. | : |  |

# O R D E R

**AND NOW**, this 27th day of August, 2015, upon consideration of Defendant Murphy's motion to dismiss (Doc. No. 9) and any responses thereto, it is hereby **ORDERED** that the motion is **DENIED**, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.